COMPLEX,PASSPORT

# U.S. District Court
# DISTRICT OF KANSAS (Kansas City)
# CRIMINAL DOCKET FOR CASE #: 2:16-cr-20112-CM All Defendants

Case title: USA v. Moore et al                     Date Filed: 12/21/2016

Assigned to: District Judge Carlos
Murguia

## Defendant (1)

**James Moore**                          represented by **Joseph Michael McGroder**
*14532-104*                                            Graves Garrett LLC - KC
*Custody*                                              1100 Main Street, Suite 2700
                                                       Kansas City, MO 64105-5195
                                                       816-256-3181
                                                       Alternative Phone:
                                                       Cell Phone:
                                                       Email:
                                                       jmcgroder@gravesgarrett.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*
                                                       *Bar Number: 78603*
                                                       *Bar Status: WDMO Active*

                                                       **Kathleen A. Fisher**
                                                       Graves Garrett LLC - KC
                                                       1100 Main Street, Suite 2700
                                                       Kansas City, MO 64105-5195
                                                       816-256-3181
                                                       Fax: 816-817-0021
                                                       Alternative Phone:
                                                       Cell Phone:
                                                       Email: kfisher@gravesgarrett.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 78270*
*Bar Status: WDMO Active*

**Nathan F. Garrett**
Graves Garrett LLC - KC
1100 Main Street, Suite 2700
Kansas City, MO 64105-5195
816-256-3181
Fax: 816-817-0021
Alternative Phone:
Cell Phone:
Email:
ngarrett@gravesgarrett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 78258*
*Bar Status: WDMO Active*

## Pending Counts

18:1349- Bank Fraud Conspiracy
Forfeiture Allegations
(INDICTMENT FILED
12/21/2016)
(1)
18:1344-Bank Fraud and 18:2
Aiding and Abetting Forfeiture
Allegations (INDICTMENT
FILED 12/21/2016)
(2-19)

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

None

## Disposition

## Disposition

## Highest Offense Level
## (Terminated)

None

## Complaints                                              ## Disposition

None

Assigned to: District Judge Carlos
Murguia

## Defendant (2)

**Stephanie Lunde**                    represented by    **Amber J. Moren**
*28708-031*                                              Fredrikson & Byron, PA - MN
                                                         200 South Sixth Street, Suite 400
                                                         Minneapolis, MN 55402
                                                         612-492-7378
                                                         Fax: 612-492-7077
                                                         Alternative Phone:
                                                         Cell Phone:
                                                         Email: amoren@fredlaw.com
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*
                                                         *Bar Number:*
                                                         *Bar Status: Phv*

                                                         **Gerald M. Handley**
                                                         1100 Main Street, Suite #2800
                                                         Kansas City, MO 64105
                                                         816-471-7145
                                                         Fax: 816-472-6009
                                                         Alternative Phone:
                                                         Cell Phone: 816-914-9111
                                                         Email: ghandley@handleylaw.net
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Retained*
                                                         *Bar Number: 70323*
                                                         *Bar Status: WDMO Active*

**Joseph T. Dixon**
Fredrikson & Byron, PA - MN
200 South Sixth Street, Suite 400
Minneapolis, MN 55402
612-492-7258
Fax: 612-492-7077
Alternative Phone:
Cell Phone:
Email: jdixon@fredlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

## Pending Counts                                   ## Disposition

18:1349- Bank Fraud Conspiracy
Forfeiture Allegations
(INDICTMENT FILED
12/21/2016)
(1)

18:1344-Bank Fraud and 18:2
Aiding and Abetting Forfeiture
Allegations (INDICTMENT
FILED 12/21/2016)
(2-19)

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts                                 ## Disposition

None

## Highest Offense Level
## (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: District Judge Carlos Murguia

## Defendant (3)

**Eric Johnson**
*28586-031*
*Release*

represented by **A. Brian Phillips**
A. Brian Phillips, PA
912 Highland Avenue
Orlando, FL 32803
407-872-0777
Fax: 407-872-0704
Alternative Phone:
Cell Phone:
Email: brian.phillips@phillips-law-firm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number:*
*Bar Status: Phv*

**Charles E. Atwell**
Foland, Wickens, Eisfelder, Roper & Hofer, PC
1200 Main Street, Suite 2200
Kansas City, MO 64105
816-472-7474 x 2859
Fax: 816-472-6262
Alternative Phone:
Cell Phone:
Email: catwell@fwpclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 78415*
*Bar Status: WDMO Active*

**Erin C. Thompson**
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO 64106
816-471-6694
Alternative Phone: 913-307-6073
Cell Phone: 913-307-6073
Email:
ethompson@morganpilate.com
*TERMINATED: 06/01/2017*
*LEAD ATTORNEY*
*Designation: Retained*
*Bar Number: 22117*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349- Bank Fraud Conspiracy Forfeiture Allegations (INDICTMENT FILED 12/21/2016) (1) | |
| 18:1344-Bank Fraud and 18:2 Aiding and Abetting Forfeiture Allegations (INDICTMENT FILED 12/21/2016) (2-19) | |

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

## Complaints                                    ## Disposition
None

---

Assigned to: District Judge Carlos
Murguia

## Defendant (4)

**Helen Jones**                    represented by **Amy S. Tingley**
*68382-018*                                       Stovash, Case, & Tingley, P.A.
                                                  220 North Rosalind Avenue
                                                  The VUE at Lake Eola
                                                  Orlando, FL 32801
                                                  407-316-0393
                                                  Fax: 407-316-8969
                                                  Alternative Phone:
                                                  Cell Phone:
                                                  Email: atingley@sctlaw.com
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*
                                                  *Bar Number:*
                                                  *Bar Status: Phv*

                                                  **Michael James Snure**
                                                  Michael J. Snure, P.A.
                                                  425 West New England Avenue
                                                  Suite 200
                                                  Winter Park, FL 32789
                                                  407-469-6200
                                                  Fax: 407-645-0805
                                                  Alternative Phone:
                                                  Cell Phone:
                                                  Email:
                                                  snurem@criminaldefenselaw.com

                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*

*Bar Number:*
*Bar Status: Phv*

**W. Brian Gaddy**
Gaddy Weis, LLC
600 Broadway Boulevard, Suite 670
Kansas City, MO 64105
816-221-8989
Fax: 816-945-6340
Alternative Phone:
Cell Phone:
Email: bgaddy@gaddyweis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Number: 17290*
*Bar Status: Active*

## Pending Counts

## Disposition

18:1349- Bank Fraud Conspiracy
Forfeiture Allegations
(INDICTMENT FILED
12/21/2016)
(1)

18:1344-Bank Fraud and 18:2
Aiding and Abetting Forfeiture
Allegations (INDICTMENT
FILED 12/21/2016)
(2-19)

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

## Disposition

None

## Highest Offense Level
## (Terminated)

None

## Complaints

**Disposition**

None

---

## Plaintiff

**USA**

represented by **Scott C. Rask**
Office of United States Attorney -
Kansas City
500 State Avenue, Suite 360
Kansas City, KS 66101
913-551-6730
Fax: 913-551-6541
Alternative Phone:
Cell Phone: 913-433-4074
Email: Scott.Rask@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Number: 15643*
*Bar Status: Active*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2016 | 1 | SEALED INDICTMENT as to James Moore (1) count(s) 1, 2-19, Stephanie Lunde (2) count(s) 1, 2-19, Eric Johnson (3) count(s) 1, 2-19, Helen Jones (4) count(s) 1, 2-19. (ydm) (Entered: 12/22/2016) |
| 02/15/2017 | 2 | NOTICE OF ARREST by USA as to James Moore (ydm) (Entered: 02/16/2017) |
| 02/23/2017 | 3 | ARREST WARRANT returned executed on 2/23/2017 as to Helen Jones (ydm) (Entered: 02/24/2017) |
| 02/28/2017 | 4 | RULE 5(c)(3) DOCUMENTS RECEIVED as to James Moore from District of Southern District of Florida. (Attachments: # 1 Docket Sheet, # 2 Minute Order, # 3 Notice of Appearance, # 4 Court Minutes)(hw) (Entered: 02/28/2017) |

| | | |
|---|---|---|
| 03/02/2017 | 5 | ARREST WARRANT returned executed on 2/15/2017 as to James Moore (ydm) (Entered: 03/02/2017) |
| 03/02/2017 | 6 | MOTION for attorneyA. Brian Phillips to appear pro hac vice ( Pro hac vice fee $50, Credit Card Receipt Number AKSDC-4110461.) by Eric Johnson. (referred to Magistrate Judge James P. O'Hara) (Attachments: # 1 Affidavit in Support of Motion for Leave to Appear Pro Hac Vice, # 2 ECF Registration Form)(Atwell, Charles) (Entered: 03/02/2017) |
| 03/02/2017 | 7 | ORDER granting 6 Motion to Appear Pro Hac Vice by attorney A. Brian Phillips for Eric Johnson. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/attorney-electronic-filing-registration-form as to Eric Johnson (3) Signed by Magistrate Judge James P. O'Hara on 3/2/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ydm) (Entered: 03/02/2017) |
| 03/06/2017 | 8 | ENTRY OF APPEARANCE: by attorney Charles E. Atwell appearing for Eric Johnson *(Notice of Appearance of A. Brian Phillips)* (Atwell, Charles) (Entered: 03/06/2017) |
| 03/07/2017 | 9 | NOTICE OF JUDGE AND COURTROOM CHANGE. Initial Appearance and Arraignment set before Judge Teresa J. James will be held in Courtroom 236 (1:30 PM) as to Defendant Eric Johnson (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ck) (Entered: 03/07/2017) |
| 03/08/2017 | 10 | MOTION to Withdraw Warrant by USA as to Eric Johnson. (referred to Magistrate Judge James P. O'Hara) (Rask, Scott) (Entered: 03/08/2017) |
| 03/08/2017 | 11 | ORDER sustaining 10 Motion to Withdraw Warrant as to Eric Johnson (3) Signed by Magistrate Judge James P. O'Hara on 3/8/2017. (ydm) (Entered: 03/08/2017) |
| 03/09/2017 | 12 | ENTRY OF APPEARANCE: by attorney Erin C. Thompson appearing for Eric Johnson (Thompson, Erin) (Entered: 03/09/2017) |
| 03/13/2017 | 14 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Helen Jones from Middle District of Florida. (Attachments: # 1 Docket Sheet, # 2 |

| | | Minute Sheet, # 3 Order on Removal, # 4 Order Appointing Counsel, # 5 Order Setting Conditions of Release)(kao) (Entered: 03/13/2017) |
|---|---|---|
| 03/13/2017 | 15 | CJA 23 FINANCIAL AFFIDAVIT by Helen Jones from Middle District of Florida. (kao) (Entered: 03/13/2017) |
| 03/15/2017 | 16 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)**<br><br>NOTICE & RECEIPT OF SURRENDERED PASSPORT as to Helen Jones. Passport Number 462768045 issued by USA. (cv) (Entered: 03/15/2017) |
| 03/15/2017 | 17 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)**<br><br>NOTICE & RECEIPT OF SURRENDERED PASSPORT as to Helen Jones. Passport Number 528562623 issued by United Kingdom. (cv) (Entered: 03/15/2017) |
| 03/17/2017 | 18 | MINUTE ENTRY for proceedings held before Magistrate Judge Teresa J. James: RULE 5/INITIAL APPEARANCE as to Eric Johnson held on 3/17/2017. ARRAIGNMENT as to Eric Johnson (3) Counts 1, 2-19 held on 3/17/2017. SCHEDULING CONFERENCE as to Eric Johnson held on 3/17/2017. Release Order executed. Status Conference set for 5/1/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. (Tape #1:37 FTR/TJJ.) (kao) (Entered: 03/17/2017) |
| 03/17/2017 | 19 | ORDER SETTING CONDITIONS OF RELEASE as to Eric Johnson. Signed by Magistrate Judge Teresa J. James on 3/17/17. (kao) (Entered: 03/17/2017) |
| 03/17/2017 | 21 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED: Status Conference set for 5/1/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. Signed by Magistrate Judge Teresa J. James on 3/17/2017. (ydm) (Entered: 03/24/2017) |
| 03/20/2017 | 20 | SUMMONS RETURNED EXECUTED on 3/17/2017. as to Eric Johnson (ydm) (Entered: 03/20/2017) |
| 03/24/2017 | 22 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: RULE 5/INITIAL APPEARANCE as to James |

|  |  |  |
|---|---|---|
|  |  | Moore held on 3/24/2017. Detention hearing to be set at a later time. Defendant waives the 5 day detention hearing. Arraignment set for 3/31/2017 at 10:00 AM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. Defendant remanded to custody. (Tape #2:32 FTR/JPO.) (kao) (Entered: 03/24/2017) |
| 03/27/2017 | 23 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)** <br><br> NOTICE & RECEIPT OF SURRENDERED PASSPORT as to Eric Johnson Passport Number 537188182 issued by USA (cv) (Entered: 03/27/2017) |
| 03/29/2017 | 24 | ENTRY OF APPEARANCE: by attorney Nathan F. Garrett appearing for James Moore (Garrett, Nathan) (Entered: 03/29/2017) |
| 03/29/2017 | 25 | ENTRY OF APPEARANCE: by attorney Kathleen A. Fisher appearing for James Moore (Fisher, Kathleen) (Entered: 03/29/2017) |
| 03/30/2017 | 26 | NOTICE of Government's Objection by USA as to Eric Johnson (Rask, Scott) (Entered: 03/30/2017) |
| 03/31/2017 | 27 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: ARRAIGNMENT as to James Moore (1) Count 1,2-19 held on 3/31/2017. Waived reading of Indictment. Defendant pleads not guilty to all counts 1-19.Status Conference: May 1, 2017 at 9:30 a.m. with Judge Carlos Murguia. Detention deferred until counsel reaches out to the court for a date and time for detention hearing. Defendant remanded to custody. (Tape #FTR 10:01.) (ydm) (Entered: 03/31/2017) |
| 03/31/2017 | 28 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED: Status Conference set for 5/1/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. Signed by Magistrate Judge James P. O'Hara on 3/31/2017. (ydm) (Entered: 03/31/2017) |
| 04/12/2017 | 29 | NOTICE OF HEARING as to Defendant Helen Jones THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Arraignment set for 4/26/2017 at 09:00 AM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara Initial Appearance set for 4/26/2017 at 09:00 AM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. Per USP in |

| | | |
|---|---|---|
| | | KC, they will notify Ms. Jones' supervising pretrial services officer in Florida of court date. (ss) (Entered: 04/12/2017) |
| 04/13/2017 | 30 | NOTICE OF HEARING as to Defendant James Moore THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Detention Hearing set for 4/17/2017 at 10:30 AM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. (ss) (Entered: 04/13/2017) |
| 04/17/2017 | 31 | ORDER re: redacted appearance bond as to James Moore Signed by Magistrate Judge James P. O'Hara on 4/17/2017. (ydm) (Entered: 04/17/2017) |
| 04/17/2017 | 32 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: BOND HEARING as to James Moore held on 4/17/2017. Release Order- Order setting conditions of release to follow. Status conference: May 1, 2017 at 9:30 am with Judge Carlos Murguia. Miscellaneous: Defendant's wife Ms. Pena testifies to residence for security bond.**Forefeiture agreement to follow. Secured appearance bond to follow and to be filed. (Tape #FTR: 10:32.) (ydm) (Entered: 04/17/2017) |
| 04/17/2017 | 33 | ORDER SETTING CONDITIONS OF RELEASE as to James Moore (1) Release on Personal Recognizance or Secure Bond Signed by Magistrate Judge James P. O'Hara on 4/17/2017. (ydm) (Entered: 04/17/2017) |
| 04/17/2017 | 34 | FORFEITURE AGREEMENT as to James Moore (ydm) (Entered: 04/17/2017) |
| 04/17/2017 | 35 | APPEARANCE BOND as to James Moore- Release on Personal Recognizance or Secured Bond. (ydm) Modified on 4/17/2017 (ydm). (Entered: 04/17/2017) |
| 04/25/2017 | 36 | ENTRY OF APPEARANCE: by attorney W. Brian Gaddy appearing for Helen Jones (Gaddy, W.) (Entered: 04/25/2017) |
| 04/25/2017 | 37 | MOTION for attorneyAmy S. Tingley to appear pro hac vice ( Pro hac vice fee $50, Credit Card Receipt Number AKSDC-4157212.) by Helen Jones. (referred to Magistrate Judge James P. O'Hara) (Attachments: # 1 Affidavit Pro Hac Affidavit and ECF Form) (Gaddy, W.) (Entered: 04/25/2017) |
| 04/25/2017 | 38 | MOTION for attorney Michael J. Snure to appear pro hac vice ( Pro |

| | | |
|---|---|---|
| | | hac vice fee $50, Credit Card Receipt Number AKSDC-4157263.) by Helen Jones. (referred to Magistrate Judge James P. O'Hara) (Attachments: # 1 Pro Hac Affidavit and ECF Registration Form) (Gaddy, W.) (Entered: 04/25/2017) |
| 04/26/2017 | 39 | ORDER granting 37 Motion to Appear Pro Hac Vice by attorney Amy S. Tingley for Helen Jones. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/attorney-electronic-filing-registration-form as to Helen Jones (4) Signed by Magistrate Judge James P. O'Hara on 4/25/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ydm) (Entered: 04/26/2017) |
| 04/26/2017 | 40 | ORDER granting 38 Motion to Appear Pro Hac Vice by attorney Michael James Snure for Helen Jones. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/attorney-electronic-filing-registration-form as to Helen Jones (4) Signed by Magistrate Judge James P. O'Hara on 4/25/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ydm) (Entered: 04/26/2017) |
| 04/26/2017 | 41 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: INITIAL APPEARANCE as to Helen Jones held on 4/26/2017, ARRAIGNMENT as to Helen Jones (4) Count 1,2-19 held on 4/26/2017, ( Status Conference set for 5/1/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia.) Previous release order from Florida to remain in effect. (Tape #FTR 8:59.) (ydm) (Entered: 04/26/2017) |
| 04/26/2017 | 42 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED: Status Conference set for 5/1/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. Signed by Magistrate Judge James P. O'Hara on 4/26/2017. (ydm) (Entered: 04/26/2017) |
| 04/26/2017 | 43 | MOTION to Designate as Complex Case *and Reschedule Status Conference* by James Moore. (Fisher, Kathleen) (Entered: 04/26/2017) |

| 04/27/2017 | 44 | NOTICE OF HEARING ON MOTION as to James Moore, Eric Johnson, Helen Jones. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 43 MOTION to Designate as Complex Case *and Reschedule Status Conference* : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)The Status Conference scheduled for 5/1/2017 HAS BEEN CONVERTED to a Motion Hearing set for 5/1/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. (jsh) (Entered: 04/27/2017) |
|---|---|---|
| 04/27/2017 | 45 | PLEASE DISREGARD FILED INCORRECTLY SEE DOC # 51 FOR CORRECTION Joint MOTION to Continue *Hearing on Motion to Certify Case as Complex* Motions Hearing by James Moore as to Stephanie Lunde. (Fisher, Kathleen) Modified on 5/2/2017 (ydm). (Entered: 04/27/2017) |
| 04/27/2017 | 51 | MOTION TO CONTINUE HEARING ON MOTION TO CERTIFY CASE AS COMPLEX by James Moore, Helen Jones. (ydm) (REDOCKETING OF DOC # 45 FOR ADMINISTRATIVE PURPOSES) (Entered: 05/02/2017) |
| 04/28/2017 | | **MOTION REFERRAL to Magistrate Judge REMOVED as to: as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones: 45 Joint MOTION to Continue *Hearing on Motion to Certify Case as Complex* Motions Hearing. The motion is assigned to the District Judge. (ss) (Entered: 04/28/2017)** |
| 04/28/2017 | 46 | WAIVER of Personal Appearance and Temporary Waiver of Right to Speedy Trial by James Moore (Fisher, Kathleen) (Entered: 04/28/2017) |
| 05/01/2017 | 47 | WAIVER of Personal Appearance and Temporary Waiver of Right to Speedy Trial (AMENDED) by James Moore (Attachments: # 1 Affidavit of James Bernard Moore)(Fisher, Kathleen) (Entered: 05/01/2017) |
| 05/01/2017 | 48 | MOTION To Waive Personal Appearance and Temporary Waiver of Right to Speedy Trial by Helen Jones. (Attachments: # 1 Defendant's Acknowledgement of Motion)(Gaddy, W.) (Entered: 05/01/2017) |
| 05/01/2017 | 49 | MOTION to Change Venue by Helen Jones. (Attachments: # 1 Exhibit Comparison of District Court Dockets)(Gaddy, W.) (Entered: 05/01/2017) |

| 05/01/2017 | 50 | MINUTE ENTRY for proceedings held before District Judge Carlos Murguia: STATUS CONFERENCE as to James Moore, Eric Johnson, and Helen Jones held on 5/1/2017: Court grants Motions for Waiver of Personal Appearance as to 47 James Moore (01) and 48 Helen Jones (04) at Status Conference. Court grants 45 Motion to Continue Motion Hearing to Designate Case as Complex. See Minute Sheet for full details. Motion Hearing HAS BEEN CONTINUED TO 5/31/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. Speedy trial time excluded from 5/1/2017 to 5/31/2017 as to James Moore, Eric Johnson, and Helen Jones. Defendants to remain on release. (Court Reporter Nancy Wiss.) (jsh) Modified on 5/2/2017 (jsh). (Entered: 05/02/2017) |
| --- | --- | --- |
| 05/01/2017 | 52 | ORDER granting 51 Motion to Continue as to James Moore (1), Helen Jones (4) (document was previously docketed as Doc. 45). Motion Hearing set for 5/31/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. Signed by District Judge Carlos Murguia on 5/1/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jsh) (Entered: 05/02/2017) |
| 05/11/2017 | 53 | NOTICE OF JOINDER by James Moore as to defendant Helen Jones' 49 MOTION to Change Venue (Fisher, Kathleen) (Entered: 05/11/2017) |
| 05/11/2017 | 54 | ENTRY OF APPEARANCE: by attorney Joseph Michael McGroder appearing for James Moore (McGroder, Joseph) (Entered: 05/11/2017) |
| 05/12/2017 | 55 | MOTION to Change Venue *and Memorandum in Support* by Eric Johnson. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Atwell, Charles) (Entered: 05/12/2017) |
| 05/23/2017 | 56 | MOTION to Withdraw Warrant by USA as to Stephanie Lunde. (referred to Magistrate Judge James P. O'Hara) (Rask, Scott) (Entered: 05/23/2017) |
| 05/23/2017 | 57 | ORDER sustaining 56 Motion to Withdraw Warrant as to Stephanie Lunde (2) IT IS, THEREFORE, BY THE COURT DULY CONSIDERED AND ORDERED that the Arrest Warrant, for the defendant, Stephanie Lunde, be withdrawn. Signed by Magistrate Judge James P. O'Hara on 5/23/2017. (ydm) (Entered: 05/23/2017) |

| 05/24/2017 | 58 | ENTRY OF APPEARANCE: by attorney Gerald M. Handley appearing for Stephanie Lunde (Handley, Gerald) (Entered: 05/24/2017) |
|---|---|---|
| 05/24/2017 | 59 | MOTION for attorneyJoseph T. Dixon, III to appear pro hac vice ( Pro hac vice fee $50, Credit Card Receipt Number AKSDC-4181007.) by Stephanie Lunde. (referred to Magistrate Judge James P. O'Hara) (Attachments: # 1 pcv affadavit-Dixon, # 2 pcv registration-Dixon)(Handley, Gerald) (Entered: 05/24/2017) |
| 05/24/2017 | 60 | MOTION for attorneyAmber J. Moren to appear pro hac vice ( Pro hac vice fee $50, Credit Card Receipt Number AKSDC-4181022.) by Stephanie Lunde. (referred to Magistrate Judge James P. O'Hara) (Attachments: # 1 pcv affadavit-Moren, # 2 pcv registration-Moren) (Handley, Gerald) (Entered: 05/24/2017) |
| 05/25/2017 | 61 | ORDER granting 60 Motion to Appear Pro Hac Vice by attorney Amber J. Moren for Stephanie Lunde. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/attorney-electronic-filing-registration-form as to Stephanie Lunde (2) Signed by Magistrate Judge James P. O'Hara on 5/25/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ydm) (Entered: 05/25/2017) |
| 05/25/2017 | 62 | ORDER granting 59 Motion to Appear Pro Hac Vice by attorney Joseph T. Dixon for Stephanie Lunde. If pro hac vice counsel has not already done so, counsel is directed to immediately register for electronic notification pursuant to the court's Administrative Procedures by completing a CM/ECF Electronic Filing Registration Form at http://www.ksd.uscourts.gov/attorney-electronic-filing-registration-form as to Stephanie Lunde (2) Signed by Magistrate Judge James P. O'Hara on 5/25/2017. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (ydm) (Entered: 05/25/2017) |
| 05/25/2017 | 63 | NOTICE OF HEARING as to Defendant Stephanie Lunde THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Initial Appearance set for 5/30/2017 at 03:00 PM in KC Courtroom 223 (JPO) before Magistrate Judge James P. O'Hara. (ss) (Entered: 05/25/2017) |

| 05/26/2017 | 64 | MOTION to Change Venue by Stephanie Lunde. (Handley, Gerald) (Entered: 05/26/2017) |
|---|---|---|
| 05/30/2017 |  | **MOTION REFERRAL to Magistrate Judge REMOVED as to: as to Stephanie Lunde: 64 MOTION to Change Venue . The motion is assigned to the District Judge. (ss) (Entered: 05/30/2017)** |
| 05/30/2017 | 65 | MINUTE ENTRY for proceedings held before Magistrate Judge James P. O'Hara: ARRAIGNMENT as to Stephanie Lunde (2) Count 1,2-19 held on 5/30/2017, RULE 5/INITIAL APPEARANCE as to Stephanie Lunde held on 5/30/2017, ( Status Conference set for 5/31/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia.). Waived Reading of indictment. Release Order to follow. (Tape #FTR 3:04.) (ydm) (Entered: 05/30/2017) |
| 05/30/2017 | 66 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED: Status Conference set for 5/31/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. Signed by Magistrate Judge James P. O'Hara on 5/30/2017. (ydm) (Entered: 05/30/2017) |
| 05/30/2017 | 67 | ORDER SETTING CONDITIONS OF RELEASE as to Stephanie Lunde (2) Release on Personal Recognizance or Unsecured Bond Signed by Magistrate Judge James P. O'Hara on 5/30/2017. (ydm) (Entered: 05/30/2017) |
| 05/31/2017 | 70 | MINUTE ENTRY for proceedings held before District Judge Carlos Murguia: MOTION HEARING/STATUS CONFERENCE as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones held on 5/31/2017. Court grants 43 Motion to Designate as Complex Case as to James Moore (1). Government is directed to prepare proposed order certifying case as complex for the Court's consideration. As to Motions to Change Venue, the Court sets the following deadlines: Response deadline 6/9/2017, Reply deadline 6/16/2017. Motion Hearing set for 6/22/2017 at 09:30 AM in KC Courtroom 463 (CM) before District Judge Carlos Murguia. Speedy trial excluded from 5/31/2017 to 6/22/2017 as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones. Defendants to remain on release. (Court Reporter Nancy Wiss.) (jsh) (Entered: 06/06/2017) |
| 06/01/2017 | 69 | NOTICE OF WITHDRAWAL OF APPEARANCE by attorney |

| | | |
|---|---|---|
| | | Erin C. Thompson (Thompson, Erin) (Entered: 06/01/2017) |
| 06/09/2017 | 71 | RESPONSE IN OPPOSITION by USA as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones re 55 MOTION to Change Venue *and Memorandum in Support*, 64 MOTION to Change Venue , 49 MOTION to Change Venue (Rask, Scott) (Entered: 06/09/2017) |
| 06/16/2017 | 72 | RESPONSE TO MOTION by Stephanie Lunde re 64 MOTION to Change Venue *Response in support of motion* (Handley, Gerald) (Entered: 06/16/2017) |
| 06/16/2017 | 73 | REPLY TO RESPONSE TO MOTION by James Moore as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones re 49 MOTION to Change Venue (Fisher, Kathleen) (Entered: 06/16/2017) |
| 06/16/2017 | 74 | REPLY TO RESPONSE TO MOTION by Eric Johnson re 55 MOTION to Change Venue *and Memorandum in Support (Defendant Eric Johnson's Reply and Supporting Memorandum of Law to the United States of America's Consolidated Response to Defendants' Motions to Change Venue)* (Atwell, Charles) (Entered: 06/16/2017) |
| 06/16/2017 | 75 | REPLY TO RESPONSE TO MOTION by Helen Jones re 49 MOTION to Change Venue (Gaddy, W.) (Entered: 06/16/2017) |
| 06/19/2017 | 76 | **(NOTE: Access to document is restricted pursuant to the courts privacy policy.)** <br><br> NOTICE & RECEIPT OF SURRENDERED PASSPORT as to Stephanie Lunde. Passport Number 460221467 issued by USA. (hw) (Entered: 06/19/2017) |
| 06/22/2017 | 78 | MINUTE ENTRY for proceedings held before District Judge Carlos Murguia: MOTION HEARING as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones held on 6/22/2017 re 55 MOTION to Change Venue *and Memorandum in Support* filed by Eric Johnson, 64 MOTION to Change Venue filed by Stephanie Lunde, 49 MOTION to Change Venue filed by Helen Jones. See Minute Entry for full details. (Court Reporter Nancy Wiss.) (jsh) (Entered: 06/26/2017) |
| 06/22/2017 | 79 | AFFIDAVIT re 49 MOTION to Change Venue filed by Helen Jones (ydm) (Entered: 06/26/2017) |

| 06/23/2017 | 77 | RESPONSE IN OPPOSITION by USA as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones re 55 MOTION to Change Venue *and Memorandum in Support*, 64 MOTION to Change Venue , 49 MOTION to Change Venue *Supplemental Response to Helen Jones Affidavit* (Rask, Scott) (Entered: 06/23/2017) |
|---|---|---|
| 06/26/2017 | 80 | NOTICE OF HEARING ON MOTION as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 64 MOTION to Change Venue , 55 MOTION to Change Venue *and Memorandum in Support*, 49 MOTION to Change Venue : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 6/28/2017 at 02:00 PM CDT (03:00 PM EDT) by Telephone Conference before District Judge Carlos Murguia. Counsel should dial into CONFERENCE LINE 888-363-4749. The ACCESS CODE is 2429756. (jsh) Modified on 6/27/2017 (jsh). (Entered: 06/26/2017) |
| 06/28/2017 | 81 | MINUTE ENTRY for proceedings held before District Judge Carlos Murguia: MOTION HEARING as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones held on 6/28/2017 regarding 49 Motion for Change of Venue as to Helen Jones (4), 55 Motion for Change of Venue as to Eric Johnson (3), and 64 Motion for Change of Venue as to Stephanie Lunde (2). Court grants defendants' *Motions for Change of Venue to the United States District Court for the Middle District of Florida*. See Minute Sheet for full details. Counsel are directed to prepare proposed order for change of venue and submit to Court for review posthaste. (Court Reporter Nancy Wiss.) (jsh) (Entered: 07/06/2017) |
| 07/06/2017 | 82 | BILL OF PARTICULARS as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones (Gurney, Annette) (Entered: 07/06/2017) |
| 07/06/2017 | 83 | ORDER DESIGNATING COMPLEX AND EXCLUDING TIME FROM SPEEDY TRIAL CALCULATION 43 Motion to Designate as Complex Case as to James Moore (1) Signed by District Judge Carlos Murguia on 7/6/2017. (ydm) (Entered: 07/07/2017) |
| 08/09/2017 | 84 | ORDER TRANSFERRING VENUE granting 64 Motion for Change of Venue as to Stephanie Lunde (2); granting 55 Motion for Change of Venue as to Eric Johnson (3); granting 49 Motion for Change of Venue as to Helen Jones (4) Signed by District Judge Carlos Murguia on 8/9/2017. (ydm) (Entered: 08/09/2017) |

District of Kansas

| 08/09/2017 | 85 | NOTICE to Middle District of Florida of a Transfer of Jurisdiction as to James Moore, Stephanie Lunde, Eric Johnson, Helen Jones. Docket sheet and documents attached. The clerk will transmit restricted documents via email. If you require a copy of the financial ledger, please email your request to ksd_clerks_kansascity@ksd.uscourts.gov (If you require certified copies of any documents, please send a request to [ksd_clerks_kansascity@ksd.uscourts.gov ]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (ydm) (Entered: 08/09/2017) |